# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>ABEL AMBROCIO<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  1:20-MJ-148<br>)<br>)   **UNDER SEAL**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___October 2018 to March 2019___ in the city/county of ___Fairfax___ in the ___Eastern___ District of ___Virginia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a), (e) | Production of Child Pornography; and |
| 18 U.S.C. § 2252(a)(2), (b)(1) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

SAUSA(LT) William Clayman
*Printed name and title*

*Complainant's signature*

Alix Skelton, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: 05/18/2020

*Judge's signature*

City and state: Alexandria, Virginia

John F. Anderson, United States Magistrate Judge
*Printed name and title*